1  LIVIA M. KISER (SBN 285411)
2  *lkiser@kslaw.com*
   KING & SPALDING LLP
3  110 N Wacker Drive, Suite 3800
   Chicago, IL 60606
4  Tel: (312) 995-6333
   Fax: (312) 995-6330
5
6  KERI E. BORDERS (SBN 194015)
   *kborders@kslaw.com*
7  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
8  Los Angeles, CA 90071
   Tel: (213) 443-4355
9  Fax: (213) 443-4310
10
11 *Attorneys for Defendant*
   WALMART, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE NAVARRO and CHATHAM MULLINS, on behalf of themselves, and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART, INC. and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 1:24-cv-00288-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND WALMART, INC.'S DEADLINE TO FILE RESPONSIVE PLEADING BY 30 DAYS (LOCAL RULE 144(A))**<br><br>Current Deadline: April 9, 2024<br><br>New Deadline: May 9, 2024 |

## **STIPULATION**

Plaintiffs Grace Navarro and Chatham Mullins ("Plaintiffs") and Defendant Walmart, Inc. ("Walmart"; with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend Walmart's deadline to answer or otherwise respond to Plaintiffs' Class Action Complaint by 30 days to May 9, 2024. In support thereof, the Parties state as follows:

WHEREAS, Plaintiffs served the Complaint on Walmart on March 19, 2024, and Walmart's deadline to respond is currently April 9, 2024;

WHEREAS, Plaintiffs have agreed to extend Walmart's deadline to file a responsive pleading by 30 days from April 9, 2024, to and including May 9, 2024;

WHEREAS, good cause exists for the extension. Walmart's counsel was recently retained in this matter and requires additional time to review the Complaint, determine how it wishes to respond, and draft a response that is most helpful to the Court;

WHEREAS, this is the first extension requested by Walmart, and it is not submitted for the purposes of delay; and

WHEREAS, no other parties are affected by this stipulated extension.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, pursuant to Local Rule 144(a), that Walmart's deadline to respond to the Complaint be extended by 30 days from April 9, 2024 to and including May 9, 2024.

Dated: April 8, 2024                               KING & SPALDING LLP

                                                   By: /s/ Livia M. Kiser
                                                       Livia M. Kiser

                                                   *Attorney for Defendant*
                                                   WALMART, INC.

Dated: April 8, 2024                               WISNER BAUM, L.L.P.

                                                   By: /s/ Stephanie B. Sherman
                                                       Stephanie B. Sherman
                                                       (as authorized on April 5, 2024)

1

STIPULATION TO EXTEND WALMART'S                          CASE NO. 1:24-cv-00288-JLT-BAM
DEADLINE TO RESPOND TO THE COMPLAINT

1
2  *Attorney for Plaintiffs*
   GRACE NAVARRO AND CHATHAM
   MULLINS
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**ORDER**

Having considered the parties' stipulation, and good cause therefore appearing, IT IS HEREBY ORDERED that:

Defendant Walmart, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint is extended by 30 days, until and including May 9, 2024.

IT IS SO ORDERED.

Dated: **April 8, 2024**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE