1  LIVIA M. KISER (SBN 6275283)
   *lkiser@kslaw.com*
2  KING & SPALDING LLP
3  110 N Wacker Drive, Suite 3800
   Chicago, IL 60606
4  Tel: (312) 995-6333
   Fax: (312) 995-6330
5

6  KERI E. BORDERS (SBN 194015)
   *kborders@kslaw.com*
7  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
8  Los Angeles, CA 90071
   Tel: (213) 443-4355
9  Fax: (213) 443-4310

10

11 *Attorneys for Defendant*
   WALMART, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE NAVARRO and CHATHAM MULLINS, on behalf of themselves, and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART, INC. and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 1:24-cv-00288-JLT-BAM<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND WALMART, INC.'S DEADLINE TO FILE RESPONSIVE PLEADING BY 30 DAYS (LOCAL RULE 144(A))**<br><br>Current Deadline:   May 9, 2024<br>New Deadline:       June 10, 2024 |

# **STIPULATION**

Plaintiffs Grace Navarro and Chatham Mullins ("Plaintiffs") and Defendant Walmart, Inc. ("Walmart"; with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend Walmart's deadline to answer or otherwise respond to Plaintiffs' Class Action Complaint by an additional 30 days to June 10, 2024.  In support thereof, the Parties state as follows:

WHEREAS Plaintiffs filed the complaint on March 8, 2024 and served the Complaint on Walmart on March 19, 2024;

WHEREAS, on April 8, the Court granted the parties' stipulation to extend Walmart's deadline to file a responsive pleading by 30 days, to and including May 9, 2024 (ECF No. 9);

WHEREAS, after the filing of the Complaint, three other complaints were filed against Walmart in other jurisdictions regarding the same products and theory of liability as in the Complaint. *See Williams v. Walmart, Inc.*, Case No. 1:24-cv-02173 (N.D. Ill., filed Mar. 15, 2024); *Sanderlin v. Walmart, Inc.*, Case No. 4:24-cv-01656 (D.S.C., filed Apr. 2, 2024); *Emery, et al. v. Wal-Mart Stores, Inc.*, Case No. 3:24-cv-05019 (W.D. Mo., filed Mar. 20, 2024).

WHEREAS, the parties are currently in discussions regarding whether consolidation of the four actions is appropriate and the means by which they can accomplish consolidation;

WHEREAS, to allow the parties sufficient time to consider and accomplish a potential consolidation of the cases, Walmart seeks, and Plaintiffs have agreed, to extend Walmart's deadline to file a responsive pleading by an additional 30 days, to and including June 10, 2024;

WHEREAS, good cause exists for the extension. The interests of efficiency and judicial economy will be served by allowing the parties an opportunity to consolidate the cases prior to filing responsive pleadings;

WHEREAS, this is the second extension requested by Walmart, and it is not submitted for the purposes of delay; and

WHEREAS, no other parties are affected by this stipulated extension.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, pursuant to Local Rule 144(a), that Walmart's deadline to respond to the Complaint be extended by 30 days from May 9, 2024 to and including June 10, 2024.

Dated: May 3, 2024　　　　　　　　　　KING & SPALDING LLP

By: */s/ Livia M. Kiser*
　　Livia M. Kiser

　　*Attorney for Defendant*
　　WALMART, INC.

Dated: May 3, 2024　　　　　　　　　　WISNER BAUM, L.L.P.

By: */s/ Stephanie B. Sherman*
　　Stephanie B. Sherman
　　(as authorized on May 2, 2024)

　　*Attorney for Plaintiffs*
　　GRACE NAVARRO AND CHATHAM MULLINS

## **ORDER**

Having considered the parties' SECOND STIPULATION AND ORDER TO EXTEND WALMART, INC.'S DEADLINE TO FILE RESPONSIVE PLEADING BY 30 DAYS (LOCAL RULE 144(a)) (Doc. 10), and good cause therefore appearing, IT IS HEREBY ORDERED that:

1. Defendant Walmart, Inc.'s deadline to answer or otherwise respond to Plaintiffs' Complaint is EXTENDED by 30 days, until and including **June 10, 2024**.

2. The Scheduling Conference currently set for June 6, 2024, is CONTINUED to **September 12, 2024, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a joint scheduling report one week prior to the conference. The parties shall appear at the conference remotely with each party appearing either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **May 3, 2024**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE