UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO and CHATHAM MULLINS, on behalf of themselves, and all other similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC. and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 1:24-cv-00288-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION FOR LIMITED STAY**<br><br>(Doc. 14) |

On June 6, 2024, the parties filed a joint stipulation for a limited stay of this action pending resolution of Plaintiffs' Motion for Transfer of Actions under 28 U.S.C. § 1407 for Coordination or Consolidated Pretrial Proceedings with the United States Judicial Panel on Multidistrict Litigation ("MDL Motion"). The MDL Motion has been assigned MDL Docket No. 3120, and a briefing schedule has been entered. Given the pending MDL Motion, the parties request that a limited stay be entered in this matter until 30 days after a ruling on the MDL Motion. (Doc. 14.)

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is stayed until 30 days after a ruling on Plaintiffs'

MDL Motion.  Plaintiff shall notify the Court in writing within ten (10) days of any disposition of the MDL Motion.

IT IS SO ORDERED.

Dated:  **June 6, 2024**          /s/ Barbara A. McAuliffe          
                                   UNITED STATES MAGISTRATE JUDGE