# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al., | Case No. 1:24-cv-00288-JLT-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| WALMART, INC., | (ECF No. 20) |
| Defendant. | DEADLINE: October 21, 2024 |

On August 27, 2024, the parties filed a stipulation for a forty-five day extension of time for Defendant Walmart, Inc. to respond to Plaintiffs' complaint. (ECF No. 20.) The parties proffer the extension will allow time for other related actions to be transferred to this District and will allow the parties sufficient time to consider and accomplish a consolidation, relation, or other coordination of the cases.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that Defendant Walmart, Inc. shall file a response to Plaintiff's complaint on or before October 21, 2024.

IT IS SO ORDERED.

Dated:  **August 27, 2024**

UNITED STATES MAGISTRATE JUDGE

1