1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRACE NAVARRO and CHATHAM MULLINS, on behalf of themselves, and all others similarly situated, and the general public,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WALMART, INC. and DOES 1 to 50, Inclusive,<br><br>          Defendants. | Case No. 1:24-cv-00288-JLT-SAB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES** |
| CHRISTOPHER EMERY and ANTHONY RYAN,<br>          Plaintiffs,<br>     v.<br><br>WAL-MART STORES, INC.,<br><br><br>          Defendant. | Case No. 1:24-cv-01020-EPG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES** |
| SKYLAR WILLIAMS,<br><br>          Plaintiff,<br><br>     vs.<br><br>WALMART INC.,<br><br><br>          Defendant. | Case No. 1:24-cv-001003-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES** |

**[~~PROPOSED~~] ORDER**

Having considered the parties' STIPULATION TO CONSOLIDATE CASES and good cause therefore appearing, IT IS HEREBY ORDERED that:

1.      *Navarro v. Walmart, Inc*., No. 1:24-cv-00288-JLT-SAB, *Williams v. Walmart, Inc.*, No. 1:24-cv-01003, and *Emery v. Walmart, Inc.*, No. 1:24-cv-01020, are hereby consolidated for all purposes.

2.      Plaintiffs shall file a single, operative consolidated complaint on or before December 2, 2024.

**3.**      Walmart shall answer or otherwise respond to the consolidated complaint on or before January 10, 2025.

4.   **All future filings shall be made under Case No. 1:24-cv-00288-JLT-SAB**.

IT IS SO ORDERED.

Dated:   **October 15, 2024**

UNITED STATES DISTRICT JUDGE