# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al., | Case No. 1:24-cv-00288-JLT-SAB |
| Plaintiffs, | ORDER GRANTING R. JASON RICHARDS' *PRO HAC VICE* APPLICATION |
| v. | |
| WALMART, INC., | (ECF No. 25) |
| Defendant. | |

Before the Court is the application of R. Jason Richards, attorney for Plaintiffs Christopher Emery and Anthony Ryan, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, R. Jason Richards' application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __December 9, 2024__

STANLEY A. BOONE
United States Magistrate Judge