# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00288-JLT-SAB<br><br>ORDER REGARDING STIPULATION FOR ESTABLISHING BRIEFING SCHEDULE<br><br>(ECF No. 32) |

Before the Court is the parties' stipulation to establish a briefing schedule regarding Defendant's recently filed motion to dismiss. (ECF No. 32.) For good cause shown, the Court hereby approves the stipulation and ORDERS that Plaintiffs shall have through February 24, 2025, to file their response, and Defendant shall have through March 17, 2025, to file its reply.

IT IS SO ORDERED.

Dated:  **January 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge