# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00288-JLT-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS<br><br>(ECF No. 37) |

Before the Court is the parties' stipulation to extend the briefing schedule regarding Defendant's motion to dismiss, in light of Plaintiffs' forthcoming motion for leave to amend.[1] For good cause shown, the Court hereby approves the stipulation and ORDERS that Plaintiffs shall have through March 10, 2025, to file their opposition to the motion to dismiss, and Defendant shall have through April 3, 2025, to file its reply.

IT IS SO ORDERED.

Dated: **February 25, 2025**

                          STANLEY A. BOONE
                          United States Magistrate Judge

---

[1] Plaintiffs have indicated that their motion for leave to amend may be unopposed (ECF No. 37, ¶ 7), and therefore, the Court observes that the parties might consider filing a stipulation for efficiency. Fed. R. Civ. P. 15(a)(2).