# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al., | Case No. 1:24-cv-00288-JLT-SAB |
| Plaintiffs, | ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS |
| v. | |
| WALMART, INC., | (ECF No. 45) |
| Defendant. | |

On March 13, 2025, Plaintiffs filed their first amended consolidated complaint. (ECF No. 43.) Defendant's responsive pleading is currently due on March 27, 2025. On March 17, 2025, the parties filed a stipulation to extend the deadline for Defendant to file a motion to dismiss and a request for a modified briefing schedule. (ECF No. 45.)

Pursuant to the March 17, 2025 stipulation of the parties (ECF No. 45), and finding good cause, IT IS HEREBY ORDERED that:

1. Defendant shall file its motion to dismiss Plaintiffs' first amended consolidated complaint no later than **April 28, 2025**;

2. Plaintiffs shall file their response to Defendant's motion to dismiss no later than **May 28, 2025**; and

///

///

3. Defendant shall file its reply, if any, by **June 18, 2025**.

IT IS SO ORDERED.

Dated: **March 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge