# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00288-JLT-SAB<br><br>ORDER GRANTING HANNAH QUICKSELL'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 47) |

Before the Court is the application of Hannah Quicksell, attorney for Plaintiffs Grace Navarro and Chatham Mullins, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Hannah Quicksell's application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **April 15, 2025**

                                            STANLEY A. BOONE
                                            United States Magistrate Judge