LIVIA M. KISER (SBN 285411)
*lkiser@kslaw.com*
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 995-6333
Fax: (312) 995-6330

KERI E. BORDERS (SBN 194015)
*kborders@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
Fax: (213) 443-4310

*Attorneys for Defendant*
WALMART, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, CHATHAM MULLINS, CHRISTOPHER EMERY, ANTHONY RYAN, SKYLAR WILLIAMS, KARA PHILBRICK, NICOLE ARAUJO, NANEA TANNEHILL, RAMON SOTO, BRETT A. GOODEN, ALICIA M. BALDWIN, KENDRALANNE STAFFORD, DAWN TIMMONS, KATHLYN AVERITT, THERESA DEAN, JENNIFER IRIZARRY, JESSICA FARIAS, CHARLENE DOTSON ORANGE, KELLI HUNT, JENNIFER HARPER, DEAN P. DAMICO, JARED J. SMITH, DAWN MARTIN, LORRIE POTTER, TIFFANY RICHMOND, JASMINE N. COOPER, ALEXANDRA DONATO, KRISTIN DAVIS, APRIL DIGGINS, ERICA L. MILLBANK, SCOTT LINMAN, LINDSEY SMITH, and STEPHANIE WELCH on behalf of themselves, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WALMART, INC., <br><br> Defendants. | Case No. 1:24-cv-00288-JLT-SAB <br><br> **DEFENDANT WALMART, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT** <br><br> Hearing Date: July 9, 2025 <br> Hearing Time: 9:00 a.m. <br> Courtroom: 4, 7th Floor <br><br> Action Filed: March 8, 2024 <br> Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on July 9, 2025 at 9:00 a.m. in Courtroom 4, 7th Floor of the above-captioned Court, located at 2500 Tulare Street, Fresno, CA, before the Honorable Jennifer L. Thurston, Defendant Walmart, Inc. will and hereby does move the Court for an order dismissing the complaint, and each claim contained herein, with prejudice. This Motion is made pursuant to Fed. R. Civ. P. 8, 9(b), 12(b)(1), and 12(b)(6) and good cause to grant this motion is based on the following grounds:

1. Plaintiffs' claims are expressly and impliedly preempted by federal law.

2. Plaintiffs' claims based on alleged violations of federal good manufacturing practices regulations fail because they are not plausible.

3. Plaintiffs lack standing because they did not suffer an injury in fact.

4. Plaintiffs lack standing to sue for injunctive relief.

5. Plaintiffs' claims based on omission fail because they do not adequately allege a duty to disclose.

6. Plaintiffs' claim for breach of implied warranty fails because they do not plausibly allege that the Products are unfit for their ordinary purpose.

7. Plaintiffs' claim for negligent misrepresentation fails because of the economic loss rule.

8. Plaintiffs' claim for unjust enrichment fails because it is not a recognized independent cause of action.

This Motion is brought after the conference of counsel that occurred on April 23, 2025, between counsel for Plaintiffs and for Walmart. During that conference, counsel discussed each issue raised in the motion and attempted in good faith to resolve the motion in whole or in part but were unable to do so.

///
///
///
///
///

1

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT

This Motion is based on this notice, the attached Memorandum, all pleadings and files in this action, and other evidence as may be presented to the Court.

Dated: April 28, 2025               KING & SPALDING LLP

By: /s/ *Keri E. Borders*
Keri E. Borders
Livia M. Kiser

*Attorney for Defendant*
WALMART, INC.