# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GRACE NAVARRO, et al.,

          Plaintiffs,

     v.

WALMART, INC.,

          Defendant.

Case No. 1:24-cv-00288-JLT-SAB

ORDER REGARDING STIPULATION TO SET ANSWER DEADLINE

(ECF No. 67)

Before the Court is a stipulation by the parties regarding an extension of time for Defendant to respond to the second amended complaint. (ECF No. 67.) For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **March 27, 2026**, to answer or otherwise respond to the complaint.[1]

IT IS SO ORDERED.

Dated:   **March 6, 2026**

                            
STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties have also stipulated to a briefing schedule assuming Defendant will move under Rule 12. Because no motion has been filed, the Court finds it premature to set a schedule. Notwithstanding, the parties remain free to stipulate to a briefing schedule concurrently with any motion filed under Rule 12.