# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. 1:24-cv-00288-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO SET BRIEFING SCHEDULE<br><br>(ECF No. 70) |

Before the Court is a stipulation by the parties regarding an extension of time for the parties to respond to Defendant's motion to dismiss. (ECF No. 70.) For good cause shown, the Court approves the stipulation and ORDERS that Plaintiffs shall have through **April 24, 2026** to file their opposition and Defendant shall have through **May 22, 2026** to file its reply.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge