# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GRACE NAVARRO, et al.,

      Plaintiffs,

    v.

WALMART, INC.,

      Defendant.

Case No.  1:24-cv-00288-JLT-SAB

ORDER TAKING DEFENDANT'S MOTION TO DISMISS UNDER SUBMISSION AND VACATING JUNE 10, 2026 HEARING

(ECF No. 69)

Defendant Walmart, Inc., filed a motion to dismiss on March 27, 2026.  (ECF No. 69.) Having considered the briefing, as well as the Court's file, the Court has determined to take this matter under submission.[1]  Local Rule 230(g).

Accordingly, IT IS HEREBY ORDERED that the matter is taken under submission.  The June 10, 2026 hearing is VACATED and no party is required to appear that that time.  The Court will issue its findings and recommendations on the motion to dismiss in due course.

IT IS SO ORDERED.

Dated:  **June 8, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court observes that this matter is related to Navarro v. Walgreens Boots Alliance, Inc., No. 1:24-cv-00290-JLT-SAB and Bodunde v. Walgreens Boots Alliance, Inc., No. 1:24-cv-00985-JLT-SAB, and that on April 29, 2026, the Court held a hearing on substantially similar motions to dismiss in these cases.

1